USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 09 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MIZANUR CHOUDHURY,

                Plaintiff,

-v-

BRIONI ROMAN STYLE USA CORP.,

                Defendant.

-----------------------------------------------------------X

No. 11 Civ. 6525 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, it is hereby:

ORDERED that, by November 26, 2012, the parties shall submit a joint letter updating the Court as to the status of settlement discussions.

IT IS FURTHER ORDERED that Defendant shall respond promptly to Plaintiff's outstanding document requests. All other discovery is stayed pending settlement discussions.

SO ORDERED.

Dated:     October 9, 2012
             New York, New York

_____
Ronnie Abrams
United States District Judge